UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Ruiz,

                Plaintiff,               **ORDER**

        -against-                19 Civ. 9518 (NSR) (AEK)

Chubb National Insurance Company,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Per a request from counsel, the settlement conference scheduled for Thursday, May 13,

2021, at 2:30 p.m. will be conducted by video, using Microsoft Teams.  A link and instructions

will be provided to the parties by email prior to the conference.  Anyone who wishes to

participate in the conference must do so by clicking on that link, as there is no option to dial in

via telephone.  Should anyone experience any technical issues with the videoconferencing

system, please contact Chambers at (914) 390-4070.

      The parties should refer to the Court's prior scheduling order (ECF No. 35) for

instructions regarding pre-conference submissions and required attendees.

Dated:  April 7, 2021
         White Plains, New York

                      **SO ORDERED.**

                      _____
                      ANDREW E. KRAUSE
                      United States Magistrate Judge