UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Ruiz,

                Plaintiff,                                  19 Civ. 9518 (AEK)

            -against-                                  **ORDER**

Chubb National Insurance Company,

                Defendant.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      At a settlement conference with the Court yesterday, the parties reached a settlement in principle in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated: May 14, 2021
       White Plains, New York

                                                      _____
                                                      ANDREW E. KRAUSE
                                                      United States Magistrate Judge